## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rebecca L. Steigerwalt         BK NO. 24-01452 MJC
       Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
PA Middle BK
14 Jun 2024, 11:16:58, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322