UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REBECCA L. STEIGERWALT | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| REBECCA L. STEIGERWALT | : | |
| Respondent | : | CASE NO. 5-24-bk-01452 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 31st of July 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the Plan. The value should be $12,940.12 based on the schedules.

2. Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the Debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee requests proof of the value of the Debtor(s) home as stated in his/her schedules. If the Plan is not a 100% Plan, then a Comparative Market Analysis, Appraisal or Broker's Price opinion is requested.

3. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The Plan is underfunded relative to claims to be paid – 100% Plan.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s) Plan.
b. Dismiss or convert Debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 31st of July 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JASON M. RAPA, ESQUIRE
141 S. 1ST STREET
LEHIGHTON, PA 18235-

               /s/Tammy Life
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee