**LOCAL BANKRUPTCY FORM 3015-3(c)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

Rebecca L. Steigerwalt : **CHAPTER 12**
:
: **CASE NO.** 5 - 24 -bk- 01452
:
:
:
**Debtor(s)** :

**CHAPTER 12 INDIVIDUAL DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Rebecca L. Steigerwalt , upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on October 24, 2024 .

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1225(a)(7).

3. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 10/22/2024        BY: /s/Jason M. Rapa, Esquire
                             Counsel for Debtor

DATED: 10/22/2024        BY: /s/Rebecca L. Steigerwalt
                             Debtor